1  Dorothy G. Bunce, Esq.
   Nevada Bar No. 0756
2  A FRESH START                                    *E-Filed on September 30, 2009*
   2037 Franklin Ave
3  Las Vegas, Nevada 89104
   (702) 456-1920
4  1bankruptcy@cox.net
   Attorney for FRANK L GALLEGOS
5  CYNTHIA K GALLEGOS

6                  UNITED STATES BANKRUPTCY COURT

7                          DISTRICT OF NEVADA

8  IN RE:                          )   Case No:   09-26979bam
                                   )   Chapter 13
9  FRANK L GALLEGOS and            )   Trustee:   Kathleen Leavitt
                                   )
10 CYNTHIA K GALLEGOS              )
                                   )
11         Debtors.                )
                                   )
12 _____ )

13                          **MOTION TO DISMISS**

14         Debtors FRANK L GALLEGOS and CYNTHIA K GALLEGOS hereby elect to dismiss

15 the above-captioned Chapter 13 case pursuant to 11 U.S.C. §1307(b). Debtors are entitled

16 to dismiss this case because:

17         1.    This Chapter 13 case was filed on September 11, 2009.

18         2.    This case has not been previously converted under either §706 or §1112 of

19 the Bankruptcy Code.

20         Dated:    September 30, 2009.

21
                                                        A FRESH START
22
                                        /s/ *Dorothy G. Bunce*
23                                         Original Signature
                                        By: Dorothy G. Bunce, Esq.
24                                         Nevada Bar # 0756
                                           2037 Franklin Ave
25                                         Las Vegas, Nevada 89104
                                           Attorney for Debtors
26

27

28

*A Fresh Start*
*2037 Franklin Ave*
*Las Vegas, Nevada 89104*
*Telephone (702) 456-1920   Fax (877) 613-3287*