**Entered on Docket**
**October 22, 2009**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

_____

Dorothy G. Bunce, Esq.
Nevada Bar No. 0756
A FRESH START
2037 Franklin Ave
Las Vegas, Nevada 8904
(702) 456-1920
1bankruptcy@cox.net
Attorney for FRANK L GALLEGOS
CYNTHIA K GALLEGOS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: ) | Case No:     09-26979bam |
| ) | Chapter       13 |
| FRANK L GALLEGOS ) | Trustee        Kathleen Leavitt |
| ) | |
| and CYNTHIA K GALLEGOS, ) | |
| ) | |
| Debtors. ) | |
| ) | |

**ORDER GRANTING MOTION TO DISMISS CHAPTER 13 CASE**

The Motion of the above-named Debtors, FRANK L GALLEGOS and CYNTHIA K GALLEGOS, to voluntarily Dismiss this Chapter 13 Bankruptcy Case pursuant to 11 U.S.C. §1307(b) was submitted to the Court.

Good cause appearing:

IT IS HEREBY ORDERED THAT the above captioned Chapter 13 case is dismissed at the request of the Debtors.

Submitted by:
/s/ *Dorothy G Bunce*
Dorothy G. Bunce, Esq.
Nevada Bar # 0756
2037 Franklin Ave
Las Vegas, Nevada 89104
Attorney for Debtors

1     In accordance with LR 9021, the undersigned certifies:

2     _____ The Court waived the requirements of LR 9021.

3     _____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

4      I have delivered a copy of this proposed Order to all attorneys and unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each

5   X   has approved or disapproved the order, or failed to respond, as indicated below.

    _____ Approved the form of this Order.

    _____ Disapproved the form of this Order.

6     X_____ Failed to respond.

/s/ *Dorothy G Bunce*
Dorothy G. Bunce, Esq.
Nevada Bar # 0756
2037 Franklin Ave
Las Vegas, Nevada 89104
Attorney for Debtors

###

-2-